**Jack B. WARREN, Appellant, v. STATE of Texas, Appellee.**

**No. 25922.**

Court of Criminal Appeals of Texas.

June 4, 1952.

Appellant, pro se.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted for the offense of arson and his punishment assessed at two years in the penitentiary.

Appellant has now filed his motion to dismiss the appeal as he no longer desires to prosecute same. This motion is granted and the appeal is dismissed.

**GILBERT v. STATE.**

**No. 25881.**

Court of Criminal Appeals of Texas.

June 4, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the driving upon a public highway while intoxicated, with punishment assessed at a fine of $100.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

**BURGES v. STATE.**

**No. 25883.**

Court of Criminal Appeals of Texas.

June 4, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the possession of marijuana; the punishment, two years.

No sentence appears in the record.

The appeal is dismissed.